UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF STOCKTON, et al.,<br><br>  Defendants. | No.  2:20-cv-0131 KJM AC PS<br><br><br>ORDER |

Plaintiff proceeds in this action in pro per and in forma pauperis.  The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On June 2, 2020, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 12.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 13.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 2, 2020, are adopted in full;

////

2. Plaintiff's Second Amended Complaint, ECF No. 10, is dismissed, with no further leave to amend, and this case is closed.  Dismissal is without prejudice as to the state law claims only; and

3. The Clerk of Court is direct to close this case.

DATED: March 24, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE