UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William J. Whitsitt, | No. 2:20-cv-00131-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| City of Stockton, et al., | |
| Defendants. | |

The motion to reopen at ECF No. 20 is **denied**.  See Fed. R. Civ. P. 60(b); *Delay v. Gordon*, 475 F.3d 1039, 1043 (9th Cir. 2007); *Am. Ironworks & Erectors, Inc. v. N. Am. Const. Corp.*, 248 F.3d 892, 899 (9th Cir. 2001).  The motion to reopen at ECF No. 17 and the Findings and Recommendations at ECF No. 18 remain pending.

IT IS SO ORDERED.

DATED:  August 16, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1