UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF STOCKTON, et al.,<br><br>    Defendants. | No.  2:20-cv-00131-KJM-AC<br><br><br>ORDER |

    Plaintiff was proceeding pro se in this closed case, and accordingly the action was referred to the undersigned pursuant to Local Rule 302(c)(21).  On September 9, 2021 and September 10, 2021, plaintiff filed a motions to amend his complaint.  ECF Nos. 24 and 25.  Plaintiff's case was closed on March 25, 2021.  ECF No. 16.  Plaintiff is advised that documents filed since the closing date will be disregarded and no orders will issue in response to future filings.  Plaintiff's motions at ECF No. 24 and 25 will, accordingly, not be considered.  The motions are hereby VACATED.

DATED:  September 16, 2021.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1